# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 25, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131408

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL BERZSENYI,
      Defendant-Appellant.

_____

SC: 131408
COA: 258698
Oakland CC: 2003-193291-FH

## AMENDMENT TO ORDER

On order of the Court, the order of October 18, 2006 is amended to correct a clerical error by correcting the second sentence to read:

"Contrary to the statement of the panel, defendant is entitled to early parole eligibility under MCL 791.234(12)."



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 25, 2006

_____
Clerk